284 COMMONWEALTH, Appellant, *v.* LEWIS (NO. 2).

Statement of Facts—Opinion of the Court. [29. Pa.Superior Ct.

## Commonwealth, Appellant, *v.* Lewis (No. 2).

Argued Oct. 3, 1905. Appeal, No. 137, Oct. T., 1905, by plaintiff, from judgment of Q. S. Phila. Co., Sept. T., 1904, No. 469, on verdict of guilty in case of Commonwealth v. G. Lambert Lewis. Before RICE, P. J., ORLADY, SMITH, PORTER, MORRISON and HENDERSON, JJ. Reversed.

PER CURIAM, October 23, 1905 :

The sentence of the court of quarter sessions in this case is reversed and set aside, and the record is remitted to the said court with direction to proceed to sentence defendant anew in due order and according to law.

---

## Commonwealth, Appellant, *v.* Lewis (No. 3),

Argued Oct. 3, 1905. Appeal, No. 138, Oct. T., 1905, by plaintiff, from judgment of Q. S. Phila. Co., Sept. T., 1904, No. 470, on verdict of guilty in case of Commonwealth v. G. Lambert Lewis. Before RICE, P. J., ORLADY, SMITH, PORTER, MORRISON and HENDERSON, JJ. Reversed.

PER CURIAM, October 23, 1905 :

The sentence of the court of quarter sessions in this case is reversed and set aside, and the record is remitted to the said court with direction to proceed to sentence defendant anew in due order and according to law.